**George HENSON, Jr., Plaintiff–Appellant,**

v.

**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, Defendant–Appellee.**

No. 03–1297.

United States Court of Appeals, Fourth Circuit.

Submitted May 29, 2003.

Decided June 3, 2003.

George Henson, Jr., Appellant pro se. Debra Jean Prillaman, Assistant United States Attorney, Joan Elizabeth Evans, Assistant United States Attorney, Richmond, Virginia; Eileen Alice Farmer, Social Security Administration, Baltimore, Maryland, for Appellee.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

George Henson, Jr., appeals the district court's order accepting the recommendation of the magistrate judge affirming the Social Security Commissioner's denial of disability benefits for a period from 1993 to 1998. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Henson v. Commissioner of the Social Sec. Admin.,* No. CA–99–524 (E.D.Va. Jan. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*